# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JOUREY NEWELL, | ) | CASE NO. 1:20 CV 245 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| NORTH COAST MEDIA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived. The Court hereby CANCELS the telephone conference scheduled on March 27, 2020.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

                                                                 /s/ Dan A. Polster    March 27, 2020
                                                                 **Dan Aaron Polster**
                                                                 **United States District Judge**